# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Paulito Salazar-Acuna,

    Plaintiff(s),

vs.

United States of America,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:07-cv-348-2

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 1, 2008 Order.

**Signed: February 1, 2008**

Frank G. Johns, Clerk
United States District Court